PACKARD, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Nathan J. Packard against the Long Island Railroad Company. E. R. Finch, for appellant. J. Rosenzweig, for respondent. No

opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 1139.